No. 491, Misc. ROSANIA *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this application. Petitioner *pro se.* *Brendan T. Byrne* for respondent.

No. 824, Misc. STROUD *v.* UNITED STATES. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit and for other relief denied. Petitioner *pro se.* *Solicitor General Cox, Acting Assistant Attorney General Foley* and *Beatrice Rosenberg* for the United States.

No. 590. FULKS *v.* UNITED STATES, *ante,* p. 812. Petition for rehearing denied.

APRIL 3, 1961.

No. 103. BAKER ET AL. *v.* CARR ET AL. Appeal from the United States District Court for the Middle District of Tennessee. (Probable jurisdiction noted, 364 U. S. 898.) The motion of John F. English et al. for leave to file brief, as *amici curiae,* is granted. The motion of the Solicitor General for leave to participate in oral argument, as *amicus curiae,* is granted. *Eugene H. Nickerson* and *David M. Levitan* for John F. English et al. *Solicitor General Cox* for the United States.

No. 820, Misc. SPEARS *v.* ESTES, U. S. DISTRICT JUDGE, ET AL. Motion for leave to file petition for writ of mandamus and/or prohibition denied.